UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-81166-DMM

HOWARD COHAN,

    Plaintiff,

v.

PHOENIX OF WEST PALM BEACH LLC,
a Florida Limited Liability Company d/b/a
BURGER KING #5777; PHOENIX OF
RIVIERA BEACH LLC, a Florida Limited
Liability Company d/b/a BURGER KING
#4451,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN and Defendants PHOENIX OF WEST PALM BEACH LLC d/b/a BURGER KING #5777 and PHOENIX OF RIVIERA BEACH LLC d/b/a BURGER KING #4451, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that the parties have reached a settlement in principle of this action. Accordingly, the parties respectfully request 14 days to submit their Joint Stipulation for Dismissal with Prejudice and that all pending deadlines be cancelled or stayed while the settlement documents are completed.

[This space intentionally left blank.  Signature blocks appear on following page.]

Dated: August 28, 2020                                   Respectfully submitted,

*s/ Gregory S. Sconzo*                                    *s/ Adam S. Chotiner*[1]
Gregory S. Sconzo, Esq.                                   Adam S. Chotiner, Esq.
FL Bar No. 0105553                                        FL Bar No. 0146315
The Law Office of Gregory S. Sconzo, P.A.                 Shapiro, Blasi, Wasserman & Hermann, P.A.
3825 PGA Boulevard, Suite 207                             7777 Glades Road, Suite 400
Palm Beach Gardens, FL 33410                              Boca Raton, FL 33434
Tel: (561) 729-0940                                       Tel:  (561) 477-7800
Fax: (561) 491-9459                                       Fax: (561) 477-7752
E-Mail:  greg@sconzolawoffice.com                         E-Mail:  achotiner@sbwh.law
Attorneys for Plaintiff                                   Attorneys for Defendants

---

[1]    Gregory S. Sconzo has provided Adam S. Chotiner with express authority to jointly file this notice.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
Adam S. Chotiner

## SERVICE LIST

*Howard Cohan v. Phoenix of West Palm Beach, LLC, et al.*
Case No. 9:20-cv-81166-DMM
United States District Court, Southern District of Florida

| | |
|---|---|
| Gregory S. Sconzo, Esq.<br>E-Mail: greg@sconzolawoffice.com<br>The Law Office of Gregory S. Sconzo, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Tel.: (561) 729-0940<br>Fax: (561) 491-9459<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman<br>  & Hermann, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Tel.: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |