UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-81166-CV-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

PHOENIX OF WEST PALM BEACH LLC, et al.,

    Defendants.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on September 4, 2020. (DE 12). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 8th day of September, 2020.

                                                Donald M. Middlebrooks
                                              United States District Judge

cc:    Counsel of Record